IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL NO.: 1:88CR95-RLV-DLH-3
CRIMINAL NO.: 1:88CR103-RLV-DLH-3

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>ROBERT HANEY et als.,<br>        Defendants, | **ORDER** |

    This cause comes on to be heard on Motion filed solely by Defendant Haney ("Defendant") on April 25, 2012, (Doc. #2), in both of the cases cited above, seeking credit for prison time previously served, and also on a second Motion filed on July 30, 2012, (Doc # 3), seeking an expedited ruling on the first Motion. Both Motions are referred to herein as "the Motions". The Government has not responded to the Motions.

    And it appearing to the Court that the Defendant was released from Federal custody as to both federal cases on August 7, 2015 (see https://www.bop.gov/inmateloc/ under inmate name Robert Haney and BOP Register Number 00883-058), the Court concludes that the Motions have become moot and that no further relief may be had.

    NOW, THEREFORE, the Motions are hereby DISMISSED in their entirety.

    The Clerk is directed to terminate and close the files in the captioned cases.

Signed: September 13, 2017

Richard L. Voorhees
United States District Judge